AUSA: Zachary Zurek Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Dustin Swensson Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Ali John Jouni

Case: 2:26−mj−30737
Assigned To : Unassigned
Assign. Date : 11/20/2026
Description: SEALED MATTER (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 4, 2026 - November 5, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) | Distribution and receipt of child pornography and attempt. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |
| 18 U.S.C. § 1466A(a)(1) | Production and receipt of obscene visual representations of the sexual abuse of children and attempt. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Dustin Swensson, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: November 20, 2026

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR**
**A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2252A and 1466A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Ali John Jouni for violations of 18 U.S.C. §§

2252A(a)(2) (distribution and receipt of child pornography and attempt), 2252A(a)(5)(B) (possession of child pornography), and 1466A(a)(1) (production and receipt of obscene visual representations of the sexual abuse of children and attempt).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that Jouni has violated the statutes listed above.

6. In August and September 2026, a Detective with the Michigan State Police was signed into a Peer-to-Peer file sharing program from an internet connected computer. Peer-to-Peer file sharing systems allow internet users to share electronic files, including images and videos, and its users are generally anonymous to each other.

7. On August 22, 2026, an MSP computer signed into a Peer-to-Peer file sharing program downloaded videos consistent with names used for files containing child pornography from IP address XX.XXX.XXX.134.

8. I reviewed the video files that were downloaded from IP address XX.XXX.XXX.134 on August 22, 2026, and found they met the federal definition of child pornography. Summaries of the videos I reviewed are as follows:

A. An approximately nine minute eleven second video titled, "Su…Cum Showers," which was a video compilation depicting numerous unknown individuals ejaculating on prepubescent and toddler aged girls.

B. An approximately one hour three-minute video titled, "Su… Pedo…" which was a video compilation depicting numerous pubescent, prepubescent and toddler aged girls engaged in sexual conduct and/or displaying their genitals.

9. On September 13, 2026, an MSP computer signed into a Peer-to-Peer file sharing program downloaded a video consistent with names used for files containing child pornography from IP address XX.XX.XXX.134.

10. I reviewed the video file that was downloaded from IP address XX.XXX.XXX.134 on September 13, 2026, and found it met the federal definition of child pornography. A summary of the media item I reviewed is as follows:

A. An approximately twenty-four-minute video titled, "(Pthc)… Excellent" depicting a prepubescent girl being vaginally penetrated by the penis of an adult man and later bathing nude in a bathtub. I know from my training and experience that "Pthc" stands for

"preteen hardcore" and is a common term used on the Internet to describe files containing child pornography.

11. Information received from an internet service provider identified the subscriber for IP address XX.XX.XXX.134 as L.J., a relative of Jouni's, of an identified residence in Dearborn, Michigan.

12. On November 5, 2026, the FBI executed a search warrant at the identified residence in Dearborn, Michigan. Jouni was present at the residence and interviewed by the FBI during the execution of the search warrant. In his post-*Miranda* interview, Jouni identified his computer in the basement of the residence. Jouni initially told the FBI he used one file sharing service to obtain movies and video games and that he had never seen child pornography. Later in the interview, however, Jouni stated he used a different file sharing service to seek out and obtain adult pornography, but sometimes the files he obtained contained child pornography. Jouni claimed he immediately deleted the child pornography and did not watch it.

13. Agents seized Jouni's computer from the basement of his home. An initial forensic review of the computer revealed at least 60 videos and 500 images which meet the federal definition of child pornography. Several of these files are described below:

a. An approximately one minute, eleven second video depicting a prepubescent girl being vaginally penetrated by the penis of an adult man. The file path of this video indicated it was associated

with the computer's recycle bin. This video had an access date of 11/1/2026.

b. An approximately twenty-four second video depicting an adult man forcing his penis into the mouth of a toddler aged girl. The file path of this video indicated it was associated with the computer's recycle bin. This video had an access date of 11/1/2026.

c. An approximately five minute forty-five second video depicting numerous different prepubescent girls performing oral sex on adult men. The file path of this video indicated it was associated with the computer's recycle bin. This video had an access date of 9/29/2026.

d. An approximately 18 second video depicting three scenes of adult men ejaculating on prepubescent girls. The file path of this video indicated it was associated with the computer's recycle bin. This video had an access date of 4/3/2026.

14. The forensic review of Jouni's computer also revealed at least seven torrent file fragments with titles related to child pornography. A torrent file fragment contains data from .torrent files that are used to download torrents from various networks on the Internet. Some of the titles of the torrent file fragments are described below:

a. “anal rape…6yo girl…” This torrent file fragment had a create date of 1/4/2026.

b. “…3yo suck…” This torrent file fragment had a create date of 2/9/2026.

c. “…Destruction (Parts 2,3,4…)” This torrent file fragment had a create date of 1/24/2026.

15. I know from my training and experience, and from conducting other investigations involving child pornography, that the above torrent file fragment titled, “…Destruction (Parts 2,3,4…)” is describing an infamous series of child pornography videos which depict, in part, the rape and physical torture of a prepubescent girl.

16. The forensic review of Jouni’s computer also revealed a file named “Su… Pedo…” located in the recycle bin. This is the same name as the video file described in Paragraph 8, sub paragraph b which was downloaded by MSP from IP address XX.XXX.XXX.134 on August 22, 2026.

17. The forensic review of Jouni’s computer also revealed an installed generative Artificial Intelligence (AI) application (AI Application 1). Within the “output” folder for AI Application 1 were dozens of apparently AI-generated images which depicted prepubescent minor girls engaged in sexual conduct and/or displaying their genitals. Some of those images are described below:

a. An image of a nude prepubescent girl performing oral sex on an adult man. A banana is positioned on the girl's vagina.

b. An image of a nude prepubescent girl being held upside down by two adult men, one of whom is holding a chainsaw over the girl's genitals. Blood is dripping from the chainsaw and the girl's genitals.

c. An image of a nude prepubescent girl tied to a cross with her genitals displayed, with a demon-like creature in the background.

d. An image of a nude prepubescent girl standing with her mouth open. She has bananas and a green object placed near her vagina and buttocks. A nude adult man with an erect penis and his mouth open is sitting on a bed in front of the girl. The man is holding an object which looks like a penis in his hands directly in front of the girl's open mouth.

18. Open-source information indicates the prompts used to create images using AI Application 1 are stored as metadata within the generated image itself. In other words, the prompt that a user typed in AI Application 1 to create the image can be accessed by opening the generated image within AI Application 1.

19. Using AI Application 1 on a government computer, which was not connected to the Internet, I opened the three files described above in paragraph 17. The prompts used to create the images populated verbatim as below:

inserted in her ass and a cucumber inserted in her pussy. this is a sexually explicit image."

20. The forensic review of Jouni's computer further revealed an Internet search was conducted on 8/6/2026 for "child femall actors". Following the above search, file name "american-child-[REDACTED].jpg" was downloaded from a stock images website. This image depicted an approximately 14-year-old girl (Adult Victim 1) in a black dress with contextual background information suggesting the image was photographed in 2011. Based on an open-source search, I determined that Adult Victim 1 was likely 14 years old in 2011.

21. Within the "output" folder for AI Application 1 there were at least three apparently AI-Generated images created from the downloaded picture of Adult Victim 1:

a. An image which shows clothed Adult Victim 1, at 14 years old, surrounded by adult men. Some of the men are touching her breast, shoulder and other body parts. One man is inserting an object into her mouth.

b. An image which shows clothed Adult Victim 1, at 14 years old, surrounded by adult men who are wearing only underwear. Her mouth is open and has a cylindrical red object inside it which is also inside the mouth of a nearby man. Saliva is dripping from her mouth onto her clothing.

c. An image which shows clothed Adult Victim 1, at 14 years old, with a nude adult man standing behind her. The nude adult man is inserting his finger into her mouth. Adult Victim 1's face is red and tears are streaming from her eyes.

22. Using AI Application 1 on a government computer which was not connected to the Internet, I opened the three files described above in paragraph 21. The prompts used to create the images populated verbatim as below:

a. "the girl has her cloths ripped off. she is stnading there in the nude while another man jams the penixe that is attached to his pellvis down her throat. This is a sexually explicit image. Other men watch and cheer her on"

b. "the girl has her cloths ripped off. she is standing fully nude, in shock. while another man jams the penis that is attached to his pelvis down her throat. This is a sexually explicit image. Other men watch and cheer her on in the back round. Everyone is naked. the girl is deepthroating his penis. saliva drips of her face and the shaft of his penis."

c. "A naked 6 foot 6 man stands naked infront of a 8 year old girl. his hand grasp on his 22 inch dick. the 8 year old girl is american. she is naked as well. the man is forcing his dick is being shoved

down her throat. tears are fallling from her eyes. she is turning red in the face due to lack of oxygen."

## CONCLUSION

23. Based on the foregoing, there is probable cause to believe that Ali John Jouni committed violations of 18 U.S.C. §§ 2252A(a)(2) (distribution and receipt of child pornography and attempt), 2252A(a)(5)(B) (possession of child pornography), and § 1466A(a)(1) (production and receipt of obscene visual representations of the sexual abuse of children and attempt).

Respectfully submitted,

Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Date: November 20, 2026